In the Matter of the Claim of FRANK WAXENBERG, Respondent, against MORRIS LEVINE & SONS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of DAVID B. WACHSSTOCK, Respondent, against SKYVIEW TRANSPORTATION Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of JOSEPH SEGRETTO, Respondent, against ANDREW MILES et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.